# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

**v.**

**CANVAS HARRIS,**

    **Defendant.**

Case No. 18-03130-01-CR-S-MDH

## <u>MOTION FOR DETENTION</u>

Comes now the United States of America, by and through Timothy A. Garrison, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **CANVAS HARRIS**, and states the following in support of the motion:

1.   An indictment has been filed charging the defendant with receipt and distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

    "(E) any felony that is not otherwise a crime of violence that involves a minor victim… ."

3. Title 18, United States Code, Section 3142(e) mandates, subject to rebuttal, "it shall be presumed that no conditions or combination of conditions will reasonably assure the

appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that there is probable cause to believe that the person committed—(E) an offense involving a minor victim under section 2252… of this title."

4. The defendant came to the attention of law enforcement officers after he posted images containing depictions of child pornography to his Tumblr account.

5. On September 17, 2018, members of the Southwest Missouri Cybercrimes Task Force executed a search warrant authorized by this Court upon the defendant's residence.

6. Upon arrival, investigators knocked on the front door and announced their presence. The occupants, including the defendant, declined to open the door, compelling the officers to make forced entry into the home.

7. The defendant was found in his bedroom. A damaged cellular telephone and computer tablet were located inside the room. The defendant, whose hands were actively bleeding, had apparently attempted to destroy evidence of his crimes as the investigators made entry.

8. A number of digital storage devices were found in the defendant's bedroom containing multiple depictions of child pornography, many involving children under the age of 10.

9. This Court is obligated to consider "the nature and circumstances of the offense charged, including whether the offense… involves a minor victim… ." See 18 U.S.C. § 3142(g)(1).

10. The evidence against the defendant is overwhelming. See 18 U.S.C. § 3142(g)(2).

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant

that would reasonably assure the defendant's appearance in Court and the safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

Respectfully submitted,

Timothy A. Garrison
United States Attorney


By:   /s/ James J. Kelleher_____
James J. Kelleher
Assistant United States Attorney
Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 14, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

_/s/ James J. Kelleher_
James J. Kelleher
Assistant United States Attorney